**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 26-6222**

ROBERT ALLEN PAUL BROWN, JR.,

       Plaintiff - Appellant,

   v.

WEST VIRGINIA STATE POLICE FORENSIC LABORATORY, in its official and individual capacity; REBECCA E. HARRIS, in her official and individual capacity,

       Defendants - Appellees.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:25-cv-00160-JPB-JPM)

Submitted:  July 23, 2026                    Decided:  July 28, 2026

Before WYNN and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robert Allen Paul Brown, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Allen Paul Brown, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A(b).  The court found Brown's barred by principles of Eleventh Amendment immunity and by *Heck v. Humphrey*, 512 U.S. 477 (1984).  We have reviewed the record and find no reversible error in the court's analysis.  Accordingly, we affirm the district court's order.  *Brown v. W. Va. State Police Forensic Lab'y*, No. 5:25-cv-00160-JPB-JPM (N.D. W. Va. Jan. 16, 2026).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*